An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

H. BRUCE COX AND SUE ANN COX,
HUSBAND AND WIFE,
Appellants,
vs.
GILCREASE WELL CORPORATION, A
NEVADA NON-PROFIT
COOPERATIVE CORPORATION,
Respondent.

H. BRUCE COX; AND SUE ANN COX,
HUSBAND AND WIFE,
Appellants,
vs.
GILCREASE WELL CORPORATION, A
NEVADA NON-PROFIT
CORPORATION,
Respondent.

No. 59721

**FILED**

MAY 30 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

No. 61121

## *ORDER DISMISSING APPEAL*

These are consolidated appeals from a district court order granting partial summary judgment and a district court order granting a motion to enforce settlement. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

The parties acknowledge that the district court has not resolved the Coxes' ninth cause of action. Even though the Coxes argue that they have abandoned the claim and Gilcrease Well Corporation did not plead anything relating to the ninth cause of action, the record before this court demonstrates that the ninth cause of action is still unresolved. Thus, the district court order that the Coxes appealed from in Docket No. 59721 is not a final appealable order. NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 996 P.2d 416, 417, 996 P.2d 416, 417 (2000) (a final order resolves all claims against all parties and leave nothing for the district court's future

14-17565

consideration except for post-judgment issues such as attorney fees and costs). And because no final order exists, the order granting a motion to enforce settlement is not a special order after final judgment, NRAP 3A(b)(8), and thus the order the Coxes appealed from in Docket No. 61121 is also not appealable. Because the district court has not yet entered a final judgment on all causes of action, we conclude that we lack jurisdiction to consider these appeals. NRAP 3A(b)(1), (8).

Accordingly, we ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
     Ara H. Shirinian, Settlement Judge
     H. Bruce Cox
     Leventhal and Associates, PLLC
     Marquis Aurbach Coffing
     Eighth District Court Clerk